Stephanie R. Tatar (237792)
TATAR LAW FIRM
3500 West Olive Avenue, Suite 300
Burbank, CA 91505
Telephone: (323) 744-1146
Stephanie@thetatarlawfirm.com

*Attorney for Plaintiff Brittany Amelia Johnson*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BRITTANY AMELIA JOHNSON**<br><br>**Plaintiff,**<br><br>vs.<br><br>**ACCURATE BACKGROUND, INC.**<br><br>**Defendant.** | Case No. 8:20-cv-00845<br><br>**NOTICE OF SETTLEMENT WITH DEFENDANT ACCURATE BACKGROUND, INC.** |

PLEASE TAKE NOTICE Plaintiff Brittany Amelia Johnson and Defendant Accurate Background, Inc. (collectively "Parties") by and through their counsel of record have reached a settlement to resolve her claims.

The Parties anticipate that the performance of the terms of the settlement agreement will be completed within sixty (60) days of the date of this notice, at which time the parties shall file a Stipulation for Dismissal of the claims asserted against Accurate Background, Inc.

Respectfully submitted,

| **TATAR LAW FIRM** | **TROUTMAN SANDERS LLP** |
|---|---|
| */s/ Stephanie R. Tatar*<br>Stephanie R. Tatar (237792)<br>3500 West Olive Avenue<br>Suite 300<br>Burbank, CA 91505<br>Telephone: (323) 744-1146<br>Stephanie@thetatarlawfirm.com | */s/ Jessica R. Lohr*<br>Jessica R. Lohr, Bar No. 302348<br>jessica.lohr@troutman.com<br>11682 El Camino Real<br>Suite 400<br>San Diego, CA 92130<br>Telephone:   858.509.6000<br>Facsimile:   858.509.6040 |
| *Attorneys for Plaintiff*<br>*Brittany Amelia Johnson* | *Attorneys for Defendant*<br>*Accurate Background, LLC,*<br>*improperly named as Accurate*<br>*Background, Inc.* |
| Dated: August 11, 2020 | Dated: August 11, 2020 |