Stephanie R. Tatar (237792)
TATAR LAW FIRM, APC
3500 West Olive Avenue, Suite 300
Burbank, CA 91505
Telephone: (323) 744-1146
Stephanie@thetatarlawfirm.com

*Attorney for Plaintiff Brittany Amelia Johnson*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BRITTANY AMELIA JOHNSON** | Case No. 8:20-cv-00845 |
| **Plaintiff,** | **STIPULATION RE DISMISSAL** |
| vs. | |
| **ACCURATE BACKGROUND, INC.** | |
| **Defendant.** | |

IT IS HEREBY STIPULATED AND AGREED, on this 16th day of October, 2020, by and between Plaintiff and Defendant Accurate Background, Inc. that pursuant to Fed. R. Civ. P. 41, this action be dismissed with prejudice, with each party to bear her or its own attorney's fees, costs and expenses incurred.

1

STIPULATION OF DISMISSAL

1 | Respectfully submitted,

| **TATAR LAW FIRM** | **TROUTMAN SANDERS LLP** |
|---|---|
| */s/ Stephanie R. Tatar* <br> Stephanie R. Tatar (237792) <br> 3500 West Olive Avenue <br> Suite 300 <br> Burbank, CA 91505 <br> Telephone: (323) 744-1146 <br> Facsimile: (888) 778-5695 <br> Stephanie@thetatarlawfirm.com <br><br> *Attorneys for Plaintiff* <br> *Brittany Amelia Johnson* | */s/ Jessica R. Lohr* <br> Jessica R. Lohr, Bar No. 302348 <br> jessica.lohr@troutman.com <br> 11682 El Camino Real <br> Suite 400 <br> San Diego, CA 92130 <br> Telephone:   858.509.6000 <br> Facsimile:   858.509.6040 <br><br> *Attorneys for Defendant Accurate Background, LLC, improperly named as Accurate Background, Inc.* |