# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRITTANY AMELIA JOHNSON<br><br>Plaintiff,<br><br>vs.<br><br>ACCURATE BACKGROUND, INC.<br><br>Defendant. | Case No. 8:20-cv-00845-DOC<br><br>ORDER RE DISMISSAL [13] |

This matter, having come before the Court upon presentation of a Joint Stipulation of Dismissal, it is hereby ORDERED that:

Defendant Accurate Background, Inc. is dismissed with prejudice, with each party to bear her/its own attorney's fees, costs and expenses incurred.

*/s/ David O. Carter*
_____
DAVID O. CARTER
United States District Judge

Dated: October 19, 2020

ORDER RE DISMISSAL